Star Company. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

---

OTTINGER et al., Respondents, v. BENNETT, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Marx Ottinger and another against John R. Bennett, impleaded. T. D. Adams, for appellant. N. Ottinger, for respondents. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. INGRAHAM and SCOTT, JJ., dissent as to the denial to strike out paragraphs 4, 26, 27, and 43 of the complaint.

---

OYER, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Richard Oyer against Nathan R. Williams and others. PER CURIAM. Judgment of County Court reversed, and judgment of Justice's Court affirmed, with costs in all courts to plaintiff. Held, that the evidence was sufficient to sustain the verdict, and the County Court erred in holding that a nonsuit should have been granted. SPRING, J., not voting.

---

PARKER v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Edward Parker against Theodore A. Bingham, as Police Commissioner, etc. No opinion. Motion for permanent injunction denied, with costs, and temporary injunction vacated.

---

PARODI, Appellant, v. TILFORD, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Malaine Parodi against George Tilford. No opinion. Motion to dismiss appeal denied, without costs.

---

PARODI, Appellant, v. TILFORD, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Stanislaus J. Parodi against George Tilford. No opinion. Motion to dismiss appeal denied, without costs.

---

PETERSON, Appellant, v. SUPREME LODGE, KNIGHTS OF HONOR, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Selma L. M. Paterson against the Supreme Lodge, Knights of Honor. W. R. Spooner, for appellant. G. P. Breckenridge, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

PATRICK, Respondent, v. VICTOR KNITTING MILLS CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1909.) Action by James Patrick against the Victor Knitting Mills Company. PER CURIAM. Judgment and order affirmed, with costs. KELLOGG and SEWELL, JJ., dissent.

---

PAULDING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Henry T. Paulding, as administrator, etc., of Ethel M. Paulding, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 116 N. Y. Supp. 518.

---

PEOPLE, Appellant, v. ACKER, Respondent (three cases). (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Proceedings by the People of the State of New York against Charles E. Acker. No opinion. Interlocutory judgment affirmed.

---

PEOPLE v. ADROGNA. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Proceeding by the People of the State of New York against Guiseppe Adrogna. No opinion. Motion denied. Settle order on notice.

---

PEOPLE, Respondent, v. ANTICO, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Proceeding by the People of the State of New York against Patsey Antico. No opinion. Judgment of conviction of the Court of Special Sessions of the City of New York affirmed.

---

PEOPLE, Respondent, v. BARRY, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Proceeding by the People of the State of New York against John Barry, alias John White, alias Johns Burns. W. Hawkins, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE v. BAUMEISTER. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Proceeding by the People of the State of New York against John J. Baumeister. With this case has been consolidated in this court cases bearing titles as follows: People v. John McManus; People v. Ellen E. Peck; Matter of Frederick Williams. No opinions. Motions granted. Orders filed.

---

PEOPLE, Respondent, v. BEHRENDT, Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York against Paul Behrendt. No opinion. Judgment unanimously affirmed.